No. 418. FEDERAL POWER COMMISSION *v.* WISCONSIN ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The order entered November 30, 1953, denying certiorari, 346 U. S. 896, is vacated and the petition for writ of certiorari is granted. MR. JUSTICE BLACK dissents. *Acting Solicitor General Stern* and *Willard W. Gatchell* for petitioner. *Vernon W. Thomson,* Attorney General, and *Stewart G. Honeck,* Deputy Attorney General, for the State of Wisconsin, *William E. Torkelson* for the Public Service Commission of Wisconsin, *David M. Proctor* and *Jerome M. Joffee* for Kansas City, Missouri, *James H. Lee* for Detroit, Michigan, and *Walter J. Mattison* and *Harry G. Slater* for Milwaukee, Wisconsin, respondents.

No. 265, Misc. BROOKS *v.* STEELE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.